# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Matthew D. McGill
Direct: +1 202.887.3680
Fax: +1 202.530.9662
MMcGill@gibsondunn.com

March 11, 2022

Hon. Valerie E. Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 443
New York, NY 10007

      Re:    *Owens et al. v. Taliban*, 22-cv-1949-VEC

Dear Judge Caproni:

We are writing to clarify the representation of the Plaintiffs in the above-captioned matter. The initially-filed notices of appearance erroneously stated that the law firm of Gibson, Dunn & Crutcher LLP represents all Plaintiffs in this action. In fact, Gibson, Dunn & Crutcher LLP represents only the Plaintiffs listed in the attached Exhibit A. The law firm Crowell & Moring LLP represents the Plaintiffs listed in the attached Exhibit B.

For purposes of the argument scheduled for Monday, March 14, 2022 at 2:30 p.m., Gibson Dunn & Crutcher LLP will be arguing the motion on behalf of all Plaintiffs, with consent from Crowell & Moring LLP and its clients. Consistent with the Court's encouragement of the participation of junior attorneys in proceedings, Plaintiffs respectfully request the Court's permission to divide argument between attorneys Matthew D. McGill and Jessica L. Wagner (*Pro Hac Vice* motion pending). Rebecca Monck Ricigliano and Emily Alban (*Pro Hac Vice* motion pending) will be present on behalf of Plaintiffs represented by Crowell & Moring LLP.

           Respectfully submitted,

           /s/ Matthew D. McGill

           Matthew D. McGill

Enclosures: Exs. A & B
cc: All Counsel of Record (via ECF)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.