UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES OWENS, et al._Plaintiffs,_<br><br>v.<br><br>TALIBAN a/k/a ISLAMIC EMIRATE OF AFGHANISTAN<br>_Defendant._ | Civil Action No. 22-cv-01949 (VEC) |

**REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1, Plaintiffs respectfully request a Clerk's certificate of default. An accompanying declaration affirms that the party against whom judgment is sought:

(1)   is not an infant or incompetent person;

(2)   is not in the military service of the United States;

(3)   was properly served under Federal Rule of Civil Procedure 4 and proof of service has been filed with the Court;

(4)   has defaulted in the above-captioned action.

Dated: June 30, 2022                                            Respectfully submitted,

/s/ Matthew D. McGill

| | |
|---|---|
| Rebecca Monck Ricigliano<br>CROWELL & MORING LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022<br>Telephone: (212) 895-4000<br>Facsimile: (212) 223-4134<br>rricigliano@crowell.com | Matthew D. McGill<br>Jessica L. Wagner<br>(admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500<br>Facsimile: (202) 530-9522<br>mmcgill@gibsondunn.com |
| John L. Murino<br>(*pro hac vice* application forthcoming)<br>Stuart H. Newberger<br>(*pro hac vice* application forthcoming)<br>Emily M. Alban<br>(*pro hac vice* application forthcoming)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave. NW<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116 | Robert L. Weigel<br>Jason W. Myatt<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-5236<br>rweigel@gibsondunn.com<br>jmyatt@gibsondunn.com |
| Caragh Glenn Fay<br>(*pro hac vice* application forthcoming)<br>Amanda Fox Perry<br>(*pro hac vice* application forthcoming)<br>FAY LAW GROUP, P.A.<br>6205 Executive Boulevard<br>Rockville, MD 20852<br>Telephone: (202) 589-1300<br>Facsimile: (202) 216-0298 | |
| Jane Carol Norman<br>(admitted *pro hac vice*)<br>BOND & NORMAN LAW, PC<br>6205 Executive Blvd.<br>Rockville, MD 20852<br>Telephone: (202) 682-4100<br>Facsimile: (202) 207-1041<br>jnorman425@icloud.com | |

*Counsel for Plaintiffs*