UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES OWENS, et al.

        *Plaintiffs,*

v.

TALIBAN a/k/a ISLAMIC EMIRATE OF AFGHANISTAN

        *Defendant.*

Civil Action No. 22-cv-01949 (VEC)

## CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 8, 2022, with the filing of a summons and complaint. I further certify that, in accordance with an Order of the Court, *see* Dkt. 46, Defendant Taliban, a/k/a Islamic Emirate of Afghanistan ("Defendant") was served via publication and via Twitter with a copy of the summons and complaint. I further certify that service via Twitter was complete on May 2, 2022, service via publication was complete on June 8, 2022, and proof of service was filed thereafter on June 15, 2022. Dkts. 47-2, 65. I further certify that Defendant was served via certified mail sent on May 4, 2022 and received on May 10, 2022. *See* Dkt. 53. I further certify that the docket entries indicate that Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant is hereby noted.

Dated:    New York, New York

        _____, 2022

RUBY J. KRAJICK
Clerk of Court

By:_____
Deputy Clerk