| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>JAMES OWENS, et al.,<br>                                    Plaintiffs,<br>              -against-<br>TALIBAN a/k/a ISLAMIC EMIRATE OF AFGHANISTAN,<br>                                   Defendants.<br>-------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __7/28/22__<br><br>22-CV-1949 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

      WHEREAS a Pre-Trial Conference is currently scheduled for Friday, August 12, at 10:00 a.m.; and

      WHEREAS the Court finds that a Pre-Trial Conference is not necessary given the current posture of this case;

      IT IS HEREBY ORDERED that the Pre-Trial Conference scheduled for Friday, August 12, at 10:00 a.m. is adjourned *sine die*.

**SO ORDERED.**

**Date:  July 28, 2022**
**            New York, New York**

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**