USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2023

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JAMES OWENS, et al.

       *Plaintiffs,*

v.

TALIBAN a/k/a ISLAMIC EMIRATE OF AFGHANISTAN,

       *Defendant.*

Civil Action No. 22-cv-1949 (VEC)

ORDER

---

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 7, 2023, the Court issued an Order to Show Cause (the "OTSC") why default judgment should not be entered against Defendant, *see* Order, Dkt. 94;

IT IS HEREBY ORDERED that not later than **Thursday, March 9, 2023**, Plaintiffs must serve the OTSC on Defendant and post proof of service on the docket.

**SO ORDERED.**

Date: March 8, 2023
      New York, New York

                                        **VALERIE CAPRONI**
                                        **United States District Judge**