USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JAMES OWENS, et al.,                              :
                                                  :
                          Plaintiffs,             :
            -against-                             :
                                                  :   22-CV-1949 (VEC)
                                                  :
TALIBAN a/k/a ISLAMIC EMIRATE OF                  :   ORDER
AFGHANISTAN,                                      :
                                                  :
                          Defendants.             :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 6, 2023, Plaintiffs filed a proposed default judgment order and accompanying declaration requesting damages with prejudgment interest assuming a March 10, 2023 judgment date, *see* Proposed Default Judgment Order, Dkt. 89; McGill Decl., Dkt. 87;

    WHEREAS the declaration in support of Plaintiffs' proposed damages explains how to adjust prejudgment interest in case of a different judgment date; *see* McGill Decl.; and

    WHEREAS a default judgment hearing has been scheduled for April 5, 2023, *see* Order, Dkt. 94;

    IT IS HEREBY ORDERED that not later than **Friday, March 24, 2023**, Plaintiffs must file an updated proposed default judgment order and accompanying declaration setting forth damages with prejudgment interest assuming an April 5, 2023 judgment date.

    IT IS FURTHER ORDERED that not later than **Monday, March 27, 2023**, Plaintiffs must serve a copy of this Order and its updated submissions on Defendants and post proof of service on the docket.

SO ORDERED.

Date:  March 16, 2023
       New York, New York

_____
**VALERIE CAPRONI**
United States District Judge